## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 31st day of August, 2007, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
*Lightman, Manochi & Christensen*
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

_____
Mary E. Augustine (No. 4477)